UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SONY CORPORATION,

        Plaintiff,

-against-

MIZCO INTERNATIONAL, INC,

        Defendant.

**Docket No. 13-CiV-0649 (CM)**

**RULE 7.1 STATEMENT**

---

Pursuant to Federal Rules of Civil Procedure 7.1, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that Defendant Mizco International, Inc. is not a publicly held company, does not have any corporate parents, subsidiaries, or affiliates which are publicly held, nor does any publicly held corporation own 10 percent or more of the stock of Mizco International, Inc.

Dated: May 02, 2013
      New York, New York

Respectfully submitted,

ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK P.C.

By:   /s/ John D'Ercole
*Attorney for Defendants*
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300
jdd@robinsonbrog.com

{00617410.DOC;1 }