JOHN D. D'ERCOLE
(jdd@robisonbrog.com)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue, 9th fl.
New York, New York 10022
(212) 603-6300
Attorney for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONY CORPORATION,<br><br>                              Plaintiff,<br><br>-against-<br><br>MIZCO INTERNATIONAL INC.,<br><br>                             Defendant. | 13 CIV 00649 (CM)<br><br>**NOTICE OF TEXT<br>ONLY MOTION** |

**PLEASE TAKE NOTICE**, that upon the Declaration of John D. D'Ercole, executed July 23, 2013, Defendant Mizco International, Inc. shall move before the Honorable Colleen McMahon, United States District Judge for the Southern District of New York, Courtroom 14 C at the Courthouse located at 500 Pearl Street, New York, New York, 10007, pursuant to the Court's Individual Rule I (E) for an order granting the Defendant an extension of time to respond to Sony's First Set of Requests for the Production of Documents and Things, dated June 26, 2013, and Sony's First Set of Interrogatories Nos. 1-6, dated June 26, 2013, from July 26, 2013 to August 16, 2013.

{00634048.DOC;1 }

1

Dated: New York, New York
July 23, 2013

          ROBINSON BROG LEINWAND GREENE
          GENOVESE & GLUCK P.C.

By: _____
     John D. D'Ercole
     (jdd@robinsonbrog.com)
     875 Third Avenue, 9th fl.
     New York, New York 10022
     (212) 603-6300

     Attorneys for Defendant

TO: Michelle Carniaux
Kenyon & Kenyon LLP
One BroadwayNew York, NY 10004
212-908-6036 (office)
mcarniaux@kenyon.com

{00634048.DOC;1 }

2