## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SONY CORPORATION,

        Plaintiff,

    v.

MIZCO INTERNATIONAL, INC.,

        Defendant.

Civil Action No.: 13-CV-649 (CM) (SN)

**ECF CASE**

### SONY'S NON-OPPOSITION TO MIZCO'S MOTION TO EXTEND TIME

Plaintiff Sony Corporation ("Sony"), by and through its undersigned counsel, hereby submits this Non-Opposition to Defendant Mizco International, Inc.'s ("Mizco's") Motion to Extend Time (D.I. 19). Sony does not oppose Mizco's Motion for an extension of time to respond to Sony's First Set of Requests for the Production of Documents and Things (served June 26, 2013) and Sony's First Set of Interrogatories (served June 26, 2013).

Sony has been conferring with Mizco in good faith to resolve Mizco's request to extend its time to respond. On July 18, 2013, Sony offered to extend the deadline to by two weeks, but Mizco did not respond to the offer before filing its Motion.

Sony does not oppose Mizco's Motion to extend its time to respond to August 16, 2013.

Dated: New York, New York.
     July 25, 2013

Respectfully submitted,

Kenyon & Kenyon LLP


By:  /s/ Michelle Carniaux
     John Flock
     Michelle Carniaux
     KENYON & KENYON LLP
     One Broadway
     New York, NY 10004-1007
     Telephone (212) 425-7200
     Facsimile (212) 425-5288
     jflock@kenyon.com
     mcarniaux@kenyon.com

     Attorneys for Plaintiff
     Sony Corporation