UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

Sony Corporation,

               Plaintiff(s),               13   Civ.  649  (CM) (SN)

                                                    ORDER OF REFERENCE
       -against-                         TO A MAGISTRATE JUDGE

Mizco International Inc.,
               Defendant(s).
———————————————————————X

The above entitled action is referred to the Honorable Sarah Netburn, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

✓ Specific Non-Dispositive Motion/Dispute:*

Discovery Disputes

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

[Stamp: ELECTRONICALLY FILED 8/6/13]

* Do not check if already assigned for general pretrial.

Dated: 8/6/2013
New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge